**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**LARRY D. CONLEY**
now known as
**JOSHUA SUPREME,**

    **Plaintiff,**

    v.                                         Case No. 10-C-250

**BRIAN OTZEIBERGER, MICHAEL ALLES,**
**ROBERT GARCIA, ROBERT THIEL,**
**and BRADON BARANOWSKI,**

    **Defendants.**

---

### ORDER

Pro se plaintiff, Larry D. Conley, is confined at the Waupun Correctional Institution. He is proceeding in forma pauperis on a Fourth Amendment unreasonable search and seizure claim under 28 U.S.C. § 1983. On June 1, 2011, plaintiff filed a motion for a stay of the proceedings. Plaintiff states that he wants proceedings stayed until he obtains a copy of the complaint in this case. However, a review of the docket indicates that plaintiff's request for a copy of the complaint was also received on June 1, 2011, and that the clerk's office mailed a copy the same day.

**IT IS THEREFORE ORDERED** that plaintiff's motion for a stay (Doc. # 56) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 2nd day of June, 2011.

                                                       /s _____
                                                       LYNN ADELMAN
                                                       District Judge